

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,291-01

### EX PARTE DEMARCUS DONTRAY JOHNSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1424288 IN THE 339TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of cocaine in an amount of one to four grams and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that newly discovered evidence in this case supports a conviction for only the lesser included offense of possession of cocaine in an amount of less than one gram.

Applicant's claim is supported by the habeas record. Applicant is entitled to relief. *State v.*

*Wilson*, 324 S.W.3d 595 (Tex. Crim. App. 2010).

Relief is granted. The judgment in Cause No. 1424288 in the 339th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 26, 2014
Do not publish